IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **GREGORY HUGHES,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 7:05-cv-74 (HL) |
| | : | |
| **CITY OF NASHVILLE, GEORGIA,** | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

This matter is before the Court on the Motion to Dismiss or, in the Alternative, to Compel Discovery Responses [doc 15] of Defendant City of Nashville. Plaintiff, Gregory Hughes, has failed to respond to the Motion. The Court, having considered Defendant's Motion, hereby directs as follows.

1. Defendant's Motion, insofar as it seeks to compel Plaintiff to respond to Defendant's First Interrogatories to Plaintiff and Defendant's First Request for Production of Documents to Plaintiff, is granted. Plaintiff shall provide the discovery responses to Defendant by not later than 5:00 p.m. on Friday, February 10, 2006. Should Plaintiff fail to comply with the directives of this Order, his case will be dismissed.

2. Pursuant to Federal Rule of Civil Procedure 37(d), counsel for Plaintiff, Guyton Terry, is hereby directed to pay the expenses, including attorney's fees, incurred by Defendant in bringing the Motion to Dismiss or, in the Alternative, to Compel. Defendant shall file with the Court an affidavit as to the hourly rate of its attorneys, along with an itemized billing

statement showing the hours expended and expenses incurred in bringing the Motion.  Said documents are to be filed by not later than 5:00 p.m. on Friday, February 10, 2006.

**SO ORDERED**, this the 11th day of January, 2006.

s/ Hugh Lawson
**HUGH LAWSON, JUDGE**

mls